# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2021 KW 0921

VERSUS

BRUCE BOSLEY                                               **NOVEMBER 5, 2021**

---

In Re:   Bruce Bosley, applying for supervisory writs, 18th
         Judicial District Court, Parish of Iberville, No.
         1819-94.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT